UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT L. DYKES-BEY,

        Plaintiff,                              Case No. 2:23-cv-11998

v.                                            Honorable Susan K. DeClercq
                                                  United States District Judge

EMILY CECIL, et al.,

                                                   Honorable Curtis Ivy, Jr.
       Defendants.                      Magistrate Judge
_____/

**ORDER GRANTING PLAINTIFF'S SECOND MOTION TO EXTEND TIME (ECF No. 37) FOR OBJECTIONS TO REPORT AND RECOMMENDATION (ECF No. 34)**

Plaintiff Robert L. Dykes-Bey seeks a second thirty-day extension of his deadline to object to Magistrate Judge Curtis Ivy, Jr.'s Report, ECF No. 34, which recommended that this Court grant Defendants' motion for summary judgment, ECF No. 27. *See* ECF No. 37 at PageID.512–13. To justify this latest request, Dykes-Bey asserts that he did not receive this Court's order granting his last request, ECF No. 36, until four days after the extended deadline passed on September 26, 2025, because of a mailing delay. ECF No. 37 at PageID.512–13. To account for that delay, this Court will grant Dykes-Bey's motion and extend the objections deadline to Wednesday, November 5, 2025.

Accordingly, it is **ORDERED** that Plaintiff's Second Motion for Extension of Time to Object, ECF No. 37, is **GRANTED.**

Further, it is **ORDERED** that Plaintiff's objections to Judge Ivy's Report, ECF No. 34, are due **on or before Wednesday, November 5, 2025.**

Plaintiff is further **NOTIFIED** that—barring extraordinary, unforeseeable, and compelling circumstances—this will be the last extension of that deadline.

**This is a final order and closes the above-captioned case**.

*/s/Susan K. DeClercq*
SUSAN K. DeCLERCQ
United States District Judge

Dated:  October 8, 2025