UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT L. DYKES-BEY,

       Plaintiff,                  Case No. 2:23-cv-11998

v.                                          Honorable Susan K. DeClercq
                                             United States District Judge

EMILY CECIL, et al.,

                                         Honorable Curtis Ivy, Jr.
       Defendants.              United States Magistrate Judge
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION (ECF No. 34)
AND GRANTING DEFENDANTS' MOTION FOR SUMMARY
JUDGMENT (ECF No. 27)**

On August 11, 2025, Magistrate Judge Curtis Ivy, Jr., issued a report, ECF No. 34, recommending that this Court grant the motion for summary judgment filed by all defendants, ECF No. 27. Judge Ivy provided 14 days to object, ECF No. 34 at PageID.505, but neither party did so.[1] They have therefore forfeited their right to appeal Judge Ivy's findings. *See Berkshire v. Dahl*, 928 F.3d 520, 530–31 (6th Cir. 2019) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)). Moreover, having reviewed the report and recommendation and the parties' filings, this Court agrees with Judge Ivy's recommendation and finds no clear error. So the report will be adopted in full.

---

[1] Plaintiff requested, and was granted, two extensions of time to submit his objections. ECF Nos. 35, 38. The last extension expired on November 5, 2025, yet no objections were filed.

- 2 -

Accordingly, it is **ORDERED** that the Report and Recommendation, ECF No. 34, is **ADOPTED**.

Further, it is **ORDERED** that Defendants' Motion for Summary Judgment, ECF No. 27, is **GRANTED**. Plaintiff's Complaint, ECF No. 1, is therefore **DISMISSED**.

**This is a final order and closes the above-captioned case**.

*/s/Susan K. DeClercq*
SUSAN K. DeCLERCQ
United States District Judge

Dated:  November 20, 2025